## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ELCINDA PERSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRAINING SERVICES, INC. d/b/a AVIATION INSTITUTE OF MAINTENANCE<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION FILE NO. 1:19-cv-03735-SDG |

## **PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff moves to substitute the party name "Technical Education Services, Inc. d/b/a Aviation Institute of Maintenance" for the currently named "Training Services, Inc. d/b/a Aviation Institute of Maintenance". Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the proper party name was identified by counsel for the defendant during the parties' Fed.R.Civ.P. 26(f) and N.D. Ga. LR 16.2 conference.

.

Submitted on November 6, 2019.

          By:   */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Email: anthony@paronichlaw.com
                PARONICH LAW, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, Massachusetts 02043
                Telephone: (617) 738-7080
                Facsimile: (617) 830-0327
                *Admitted Pro Hac Vice*

                **Attorneys for Plaintiff and the Proposed Class**

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

                /s/ *Anthony Paronich*
                Anthony Paronich

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                */s/ Anthony I. Paronich*
                Anthony I. Paronich