# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| ELCINDA PERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-03735-SDG |
| ) | |
| TRAINING SERVICES, INC. ) | |
| d/b/a AVIATION INSTITUTE ) | |
| OF MAINTENANCE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS FOR
## LACK OF SUBJECT-MATTER JURISDICTION

Defendant Technical Education Service, Inc. d/b/a Aviation Institute of Maintenance ("TES") moves to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In support of this Motion, TES relies upon the facts and legal contentions set forth in the accompanying Memorandum filed in Support, any reply brief which may be filed, and any arguments TES may make at the hearing before this Court regarding this Motion.

Respectfully submitted this 5 November 2020.

                                           */s/ Milena Radovic*
                                           David A. Hughes
                                           Georgia Bar No. 375618

Thomas M. Lucas (*Pro Hac Vice Admitted*)
Milena Radovic (*Pro Hac Vice Admitted*)

**Jackson Lewis, P.C.**
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
404-525-8200 (phone)
404-525-1173 (fax)
david.hughes@jacksonlewis.com
thomas.lucas@jacksonlewis.com
milena.radovic@jacksonlewis.com

*Attorneys for Defendant*

## **CERTIFICATION**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Milena Radovic*
Milena Radovic

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| ELCINDA PERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAINING SERVICES, INC. )<br>d/b/a AVIATION INSTITUTE )<br>OF MAINTENANCE, )<br>Defendant. ) | Civil Action No. 1:19-cv-03735-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing **MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** with the Clerk of Court using the CM/ECF system, which will automatically serve the following counsel of record:

> **Steven H. Koval**
> 3575 Piedmont Road
> Building 15, Suite 120
> Atlanta, GA 30305
> shkoval@aol.com

> **Anthony I. Paronich**
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> anthony@paronichlaw.com

4

**Andrew Heidarpour**
1300 Pennsylvania Ave., NW
190-318 Washington, DC 20004
aheidarpour@hlfirm.corn

      */s/ Milena Radovic*
Milena Radovic