IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELCINDA PERSON, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TECHNICAL EDUCATION | ) | Civil No. 1:19-cv-03735-SDG |
| SERVICES, INC. d/b/a AVIATION | ) | |
| INSTITUTE OF MAINTENANCE, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff/ | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HIGHER ED GROWTH, LLC | ) | |
| d/b/a INQUIR, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF SETTLEMENT AS TO PLAINTIFF
AND TECHNICAL EDUCATION SERVICES, INC. ONLY**

The plaintiff files this notice to advise the Court that the parties have

tentatively reached a settlement in this matter and hope to file a stipulation of

dismissal within 30 days. The tentative settlement is between the Plaintiff and

Technical Education Services, Inc. only and neither party is giving up their rights

as to Higher Ed Growth, LLC.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 4th Day of August, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich