IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELCINDA PERSON, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TECHNICAL EDUCATION | ) | Civil No. 1:19-cv-03735-SDG |
| SERVICES, INC. d/b/a AVIATION | ) | |
| INSTITUTE OF MAINTENANCE, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff/ | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HIGHER ED GROWTH, LLC | ) | |
| d/b/a INQUIR, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST
TECHNICAL EDUCATION SERVICES, INC. d/b/a AVIATION
<u>INSTITUTE OF MAINTENANCE ONLY</u>**

The undedrsigned parties file this stipulation by and through their respective

attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff hereby

voluntarily dismisses all of his claims, including putative class claims, against

Technical Education Services, Inc. d/b/a Aviation Institute of Maintenance with

prejudice. Neither party is giving up their rights as to Higher Ed Growth, LLC and

the putative class claims of other class members are being dismissed without

prejudice.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

/s/ David A. Hughes
David A. Hughes
Georgia Bar No. 375618
Thomas M. Lucas (*Pro Hac Vice Admitted*)
Milena Radovic (*Pro Hac Vice Admitted*)

**Jackson Lewis, P.C.**
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
404-525-8200 (phone)
404-525-1173 (fax)
david.hughes@jacksonlewis.com
thomas.lucas@jacksonlewis.com
milena.radovic@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this November 4, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich
Anthony I. Paronich