**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TECHNICAL EDUCATION SERVICES, INC. d/b/a AVIATION INSTITUTE OF MAINTENANCE, | |
| Counter Claimant, | CIVIL ACTION FILE |
| vs. | NO. 1:19-CV-03735-SDG |
| ELCINDA PERSON, | |
| Counter Defendant | |
| TECHNICAL EDUCATION SERVICES, INC. d/b/a AVIATION INSTITUTE OF MAINTENANCE, | |
| Third party Plaintiff, | |
| vs. | |
| HIGHER ED GROWTH, LLC, | |
| Third Party Defendant | |

### J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the third party complaint be **DISMISSED without prejudice** for lack of subject matter jurisdiction, and this action is closed.

Dated at Atlanta, Georgia, this 29th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Jennifer K. Brown
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 29, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Jennifer K. Brown
         Deputy Clerk